RECEIVED
FEB - 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES R BABINEAUX | CIVIL ACTION NO. 6:17-CV-1414 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| W S MCCAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After a de novo, independent, review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Signed Alexandria, Louisiana, this 6 day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE